ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2007 OCT 24 P 4: 25
CLERK C. Adams
SO. DIST. OF GA.

| | | |
|---|---|---|
| FLAPPIN' FLAGS, LLC, an Oregon General Partnership, | ) ) ) | CASE NO.: 106-CV-182 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RUFFIN FLAG COMPANY, LLC, a Georgia Limited Liability Company, | ) ) ) | |
| and | ) ) | |
| SOREN K. DRESCH, an Individual Resident of Georgia, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL

NOW COMES Plaintiff Flappin' Flags, LLC, by and through its undersigned attorneys, and hereby dismisses the above-captioned action with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. By agreement of the parties each side shall bear their own fees, costs, and expenses incurred in connection with this action.

This 24th day of October, 2007.

David E. Hudson
Geogia Bar No. 374450

Hull, Towill, Norman, Barrett & Salley
P. O. Box 1564
Augusta, GA 30903-1564
706-722-4481

Of Counsel:

Bradley A. Slutsky
Georgia Bar No. 653073
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

        Attorneys for Plaintiff
        Flappin' Flags, LLC

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 OCT 25 PM 3: 24

CLERK _____
SO. DIST. OF GA.

## ORDER

This Dismissal is APPROVED and made the order of the Court.

ENTERED at Augusta, Georgia, this 25 day of October, 2007.

        LISA GODBEY WOOD
        JUDGE, UNITED STATES DISTRICT
        COURT, SOUTHERN DISTRICT OF
        GEORGIA, AUGUSTA DIVISION